Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-190

**Effective Date of Registration:**
December 16, 2024

**Registration Decision Date:**
January 22, 2025

---

## Title
_____

**Title of Work:** Rocky Mountain National Park: Moose In The Morning-KC

## Completion/Publication
_____

**Year of Completion:** 2016
**Date of 1st Publication:** June 08, 2016
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions
_____

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification
_____



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-429-114

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 22, 2025

---

## Title

**Title of Work:** Wine O'Clock

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** August 04, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

---



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-055

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 22, 2025

---

## Title

**Title of Work:** Italy: The Amalfi Coast

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** July 01, 2020
**Nation of 1st Publication:** United States

## Author

**•        Author:** Anderson Design Group, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-428-575

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title
          **Title of Work:** France, Paris: Vintage Print

## Completion/Publication
        **Year of Completion:** 2012
    **Date of 1st Publication:** April 11, 2012
   **Nation of 1st Publication:** United States

## Author
             ●     **Author:** Anderson Design Group, Inc.
      **Author Created:** 2-D artwork
   **Work made for hire:** Yes
         **Citizen of:** United States

## Copyright Claimant
     **Copyright Claimant:** Anderson Design Group, Inc.
              116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions
    **Organization Name:** Grateful Licensing Group LLC.
            **Name:** Matt Appelman
            **Email:** matt@gratefullicensing.com
       **Telephone:** (802)777-1337
         **Address:** P.O. Box 844
              Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-999

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 22, 2025



---

## Title

| | |
|---|---|
| **Title of Work:** | Surf's Up! |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | July 18, 2012 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **•       Author:** | Anderson Design Group, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anderson Design Group, Inc. |
| | 116 29th Ave., N. Nashville, TN, 37203, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844 |
| | Manchester Center, VT 05255 United States |

## Certification

Nothing else matters when the

SURF'S UP!

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-614

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

**Title of Work:** Argentina: Buenos Aires

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 15, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-428-998

**Effective Date of Registration:**
December 16, 2024

**Registration Decision Date:**
January 22, 2025

---

## Title

**Title of Work:** New York Minute

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 05, 2015
**Nation of 1ˢᵗ Publication:** United States

## Author

● **Author:** Anderson Design Group, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-587

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Champagne Is For Lovers |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | August 19, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Anderson Design Group, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anderson Design Group, Inc. |
| | 116 29th Ave., N. Nashville, TN, 37203, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844 |
| | Manchester Center, VT 05255 United States |

## Certification

---



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-429-052

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 22, 2025

---

### Title

**Title of Work:** Malibu, CA

### Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 08, 2017
**Nation of 1st Publication:** United States

### Author

- **Author:** Anderson Design Group, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

### Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

### Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-597

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 24, 2025

---

## Title
 

**Title of Work:** Best Friends

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** August 06, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-573

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

**Title of Work:** Estonia

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 02, 2018
**Nation of 1st Publication:** United States

## Author

**Author:** Anderson Design Group, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-428-571**

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

**Title of Work:** Croatia

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 04, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-051

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 22, 2025

---

## Title

**Title of Work:** My Doctor Says I Need Glasses

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** November 08, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-429-053**

**Effective Date of Registration:**
December 16, 2024

**Registration Decision Date:**
January 22, 2025

---

## Title

**Title of Work:** Night Owl Coffee

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** February 14, 2012
**Nation of 1st Publication:** United States

## Author

• **Author:** Anderson Design Group, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-428-569

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

**Title of Work:** Annapolis, Maryland

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** June 19, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

---

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-594

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 24, 2025

---

## Title

**Title of Work:** Blue Crab

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** June 08, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-429-000**

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 22, 2025

---

## Title

**Title of Work:** Mid-Century Jazz

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** September 10, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-622

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title
_____

**Title of Work:** 1984: George Orwell

## Completion/Publication
_____

**Year of Completion:** 2022
**Date of 1st Publication:** November 03, 2022
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions
_____

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification
_____



©2022 Anderson Design Group, Inc. All rights reserved. www.ADGstore.com

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-570

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

**Title of Work:** Alaska: Whale Watching

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** February 26, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-429-596

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 24, 2025

---

## Title

**Title of Work:** Canada: Vancouver

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** February 20, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-572

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

**Title of Work:** Early Bird Coffee

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** February 14, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

---

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-429-188

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 22, 2025

---

## Title

**Title of Work:** Zion National Park: Virgin River Valley

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** February 25, 2021
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-119

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 22, 2025

---

## Title

|  |  |
|---|---|
| **Title of Work:** | USA – Pikes Peak, CO: Hiker's Delight |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | April 04, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| **Author:** | Anderson Design Group, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Anderson Design Group, Inc. |
|  | 116 29th Ave., N. Nashville, TN, 37203, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844 |
|  | Manchester Center, VT 05255 United States |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-429-057

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 22, 2025

---

## Title

**Title of Work:** Maine: Vacationland

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 28, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
 **Author Created:** 2-D artwork
 **Work made for hire:** Yes
 **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-189

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 22, 2025

---

## Title

**Title of Work:** Pride And Pejudice: Jane Austen

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** December 14, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-166

**Effective Date of Registration:**
July 23, 2025
**Registration Decision Date:**
July 31, 2025

## Title

**Title of Work:** West Virginia State Pride

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** March 11, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Avenue North, Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-428-948

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 22, 2025

---

## Title
 

      **Title of Work:** Seattle, WA: Ferry

## Completion/Publication
 

      **Year of Completion:** 2017
    **Date of 1st Publication:** October 18, 2017
  **Nation of 1st Publication:** United States

## Author
 

-       **Author:** Anderson Design Group, Inc.
    **Author Created:** 2-D artwork
 **Work made for hire:** Yes
     **Citizen of:** United States

## Copyright Claimant
 

   **Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions
 

   **Organization Name:** Grateful Licensing Group LLC.
        **Name:** Matt Appelman
        **Email:** matt@gratefullicensing.com
    **Telephone:** (802)777-1337
     **Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

---

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-623

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

**Title of Work:** 63 Image National Park Print

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** February 05, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification










# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-585

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Congaree National Park: Great Egret |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | February 06, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Anderson Design Group, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anderson Design Group, Inc.<br>116 29th Ave., N. Nashville, TN, 37203, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844<br>Manchester Center, VT 05255 United States |

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-429-191

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 22, 2025

---

## Title

**Title of Work:** Spain: Familia Sagrada

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** July 14, 2021
**Nation of 1st Publication:** United States

## Author

• **Author:** Anderson Design Group, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-579

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

**Title of Work:** Hooked On Fishing

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** July 24, 2015
**Nation of 1st Publication:** United States

## Author

● **Author:** Anderson Design Group, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-428-454**

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

**Title of Work:** Uruguay: Montevideo

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** July 10, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-598

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 24, 2025

---

## Title

**Title of Work:** Australia: Melbourne Tram Car

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 29, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-586

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title
 

**Title of Work:** Italy: Portofino

## Completion/Publication
 

**Year of Completion:** 2017
**Date of 1st Publication:** November 16, 2017
**Nation of 1st Publication:** United States

## Author
 

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant
 

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions
 

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification
 



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-180

**Effective Date of Registration:**
July 23, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** California State Pride (Surfer)

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** March 08, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Avenue North, Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-429-054**

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 22, 2025

## Title

**Title of Work:** Legends Of The National Parks: Voyageurs' The Wendigo

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** March 03, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

Page 1 of 2



